[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11169

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SAMUEL MALDONADO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:17-cr-00179-TJC-PDB-1

_____

2                 Opinion of the Court                 22-11169

Before LUCK, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Christopher Eric Roper, appointed counsel for Samuel Maldonado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Maldonado's conviction and sentence are **AFFIRMED**.